# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 24 EM 2016
:
                Respondent :
:
:
:
:
            v. :
:
:
:
PRESTON STROMAN, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Appointment of New Counsel are **GRANTED**.

    This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, which is directed to appoint new counsel within 45 days. A Petition for Allowance of Appeal shall be filed within 30 days of new counsel's appointment.